1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant,
5  THEARITH PRAK

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )   Case No.  1: 06 CR 00313 LJO
10                                )
        Plaintiff,                )   STIPULATION TO CONTINUE
11                                )   SENTENCING HEARING
        v.                        )   AND ORDER THEREON
12                                )
   THEARITH PRAK and              )
13 SAVATH PRAK,                   )
                                  )
14      Defendants.               )
   _____)
15

16      Defendants, THEARITH PRAK and SAVATH PRAK, through their counsel, John F.

17 Garland and Joan Jacobs Levie, and the United States of America, through its counsel, McGregor

18 W. Scott, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney,

19 hereby stipulate to continue the defendant's sentencing hearing from September 5, 2008 to

20 December 12, 2008 at 8:30 a.m. This continuance is necessary to allow the parties sufficient time

21 to investigate matters relating to sentencing.

22      The parties further stipulate that any delay resulting from this continuance shall be

23 excluded on the following basis:

24      a. Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by
           taking such action outweighs the best interest of the public and the defendant in a
25         speedy trial.

26
   Dated: August 18, 2008                              /s/ John F. Garland
27                                                    John F. Garland
                                                   Attorney for Defendant
28                                                     THEARITH PRAK

                                              1

| | |
|---|---|
| Dated: August 18, 2008 | /s/   Joan Jacobs Levie<br>Joan Jacobs Levie<br>Attorney for Defendant<br>SAVATH  PRAK |
| Dated: August 18, 2008 | McGregor W. Scott<br>United States Attorney<br><br>/s/ Kathleen A. Servatius<br>By: KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney |

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation and the inferences the Court draws from the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendants THEARITH  PRAK and SAVATH  PRAK  is continued to December 12, 2008 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   August 18, 2008**             /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE