```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone: (559) 497-6132
 4
    Attorney for Defendant,
 5  THEARITH PRAK

 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                    EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,      )   Case No.  1: 06 CR 00313 LJO
10                                 )
           Plaintiff,               )   STIPULATION TO CONTINUE
11                                 )   SENTENCING HEARING;
           v.                       )   ORDER DENYING CONTINUANCE
12                                 )
    THEARITH PRAK and              )
13  SAVATH PRAK,                   )
                                    )
14         Defendants.              )
    _____)
15
```

16      Defendants, THEARITH PRAK and SAVATH PRAK, through their counsel, John F.

17  Garland and Joan Jacobs Levie, and the United States of America, through its counsel, McGregor

18  W. Scott, United States Attorney and Laurel J. Montoya, Assistant United States Attorney,

19  hereby stipulate to continue the defendant's sentencing hearing from December 12, 2008 to

20  February 27, 2009 at 8:30 a.m. This continuance is necessary to allow the parties sufficient time

21  to investigate matters relating to sentencing.

22      The parties further stipulate that any delay resulting from this continuance shall be

23  excluded on the following basis:

24      a.  Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by
            taking such action outweighs the best interest of the public and the defendant in a
25          speedy trial.

26
    Dated: December 8, 2008                              /s/ John F. Garland
27                                                      John F. Garland
                                                      Attorney for Defendant
28                                                        THEARITH PRAK


                                              1

Dated: December 8, 2008            /s/ Joan Jacobs Levie
                                                       Joan Jacobs Levie
                                                     Attorney for Defendant
                                                            SAVATH PRAK

Dated: December 8, 2008            McGregor W. Scott
                                                      United States Attorney

                                                     /s/ Laurel J. Montoya
                                                 By: LAUREL J. MONTOYA
                                                    Assistant U.S. Attorney

**ORDER**

The request that the sentencing hearing for defendants THEARITH PRAK and SAVATH PRAK be continued to February 27, 2009 at 8:30 a.m. is denied. Page one, lines 20-21 do not contain the required specificity to allow the Court to determine whether or not good cause exists.

IT IS SO ORDERED.

**Dated:    December 8, 2008**           /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE