```
1  JOHN F. GARLAND  #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant,
5  THEARITH PRAK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1: 06 CR 00313 LJO |
|---|---|---|
| Plaintiff, | ) | **AMENDED** STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |
| v. | ) | |
| THEARITH PRAK and SAVATH PRAK, | ) | |
| Defendants. | ) | |

Defendants, THEARITH PRAK and SAVATH PRAK, through their counsel, John F. Garland and Joan Jacobs Levie, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from December 12, 2008 to February 27, 2009 at 8:30 a.m. This continuance is necessary to allow the defendants sufficient time to complete their obligations set forth in their respective plea agreements.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

    a. Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: December 8, 2008                                       /s/ John F. Garland
                                                                               John F. Garland
                                                                           Attorney for Defendant
                                                                            THEARITH PRAK

| | |
|---|---|
| Dated: December 8, 2008 | /s/ Joan Jacobs Levie<br>Joan Jacobs Levie<br>Attorney for Defendant<br>SAVATH PRAK |
| Dated: December 8, 2008 | McGregor W. Scott<br>United States Attorney<br><br>/s/ Laurel J. Montoya<br>By: LAUREL J. MONTOYA<br>Assistant U.S. Attorney |

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendants THEARITH PRAK and SAVATH PRAK is continued to February 27, 2009 at 8:30 a.m.

IT IS SO ORDERED.

**Dated: December 9, 2008**     /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE