```
 1  JOAN JACOBS LEVIE, #179787
    LAW OFFICES OF JOAN JACOBS LEVIE
 2    2014 TULARE STREET, SUITE 528
       FRESNO, CALIFORNIA 93721
 3      TELEPHONE: (559) 498-8155
        FACSIMILE: (559) 498-8165
 4
    Attorney for Defendant, SAVATH PRAK
 5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) CASE NO. CR-F- 06-00313 LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO AMEND DESIGNATION IN** |
| | ) **JUDGMENT AND COMMITMENT; ORDER.** |
| SAVATH PRAK, et al., | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Laurel J. Montoya and counsel for Defendant SAVATH PRAK, Joan Jacobs Levie, that the recommendation for Mr. Prak's term of incarceration be amended to specify Taft instead of Atwater or Lompoc. This request is to enable Mr. Prak to reside at the same institution as his brother, Thearif Prak, who was sentenced with Mr. Prak. His brother requested and the court recommended incarceration at Taft.

//

//

//

//

//

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Allowing the brothers to be at the same institution will make it easier for their wives and children to visit. They will save money by car-pooling. Savath Prak's wife is unable to drive as far as Lompoc by herself.

DATED: March 19, 2009

>Respectfully submitted,
>/S/ Joan Jacobs Levie
>JOAN JACOBS LEVIE
>Attorney for Defendant,
>SAVATH PRAK
>
>/S/ Laurel Montoya
>LAUREL J. MONTOYA
>Assistant U.S. Attorney

\* \* \* \* \*

## ORDER

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the Judgment and Commitment will be modified to make the Federal Correction Institution at Taft the recommended facility for SAVATH PRAK's period of incarceration.

DATED: _March 19, 2009_____

>By: _/s/ LAWRENCE J O'NEILL_____
>LAWRENCE J. O'NEILL
>Judge of the United States District Court

-2-

PDF created with pdfFactory trial version www.pdffactory.com