| | |
|---|---|
| **JOAN JACOBS LEVIE, #179787** | |
| **LAW OFFICES OF JOAN JACOBS LEVIE** | |
| 2014 TULARE STREET, SUITE 528 | |
| FRESNO, CALIFORNIA 93721 | |
| TELEPHONE: (559) 498-8155 | |
| FACSIMILE: (559) 498-8165 | |

Attorney for Defendant, SAVATH PRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-F-06-0313 LJO |
| Plaintiff, | ) **STIPULATION TO CHANGE THE DATE THE DEFENDANT IS SCHEDULED TO REPORT TO THE BUREAU OF PRISONS and ORDER** |
| vs. | ) |
| SAVATH PRAK, et al., | ) |
| Defendant. | ) |

TO THE HONORABLE COURT, THE UNITED STATES ATTORNEY, AND ASSISTANT U.S. ATTORNEY LAUREL MONTOYA:

COMES NOW Defendant SAVATH PRAK by and through his legal counsel JOAN JACOBS LEVIE and requests, ex parte, that this Court order a change to the date that the defendant is scheduled to report to the facility at which he will be designated by the Bureau of Prisons. The U.S. Marshall's office in Fresno has advised that the Bureau of Prisons has not completed Mr. Prak's prison designation due to intervening amendments to the Judgment and Commitments. The U.S. Marshall's office strongly recommends that Mr. Prak's report date be moved forward to May 1, 2009 to allow the Bureau of Prisons sufficient processing time.

///

///

///

-1-

DATED: April 8, 2009

Respectfully submitted,

/Joan Jacobs Levie_____
JOAN JACOBS LEVIE
Attorney for Defendant
SAVATH PRAK


/S/ Laurel Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

## **ORDER**

The court has reviewed the request in the above-captioned case and finds just cause to change defendant SAVATH PRAK's report date from April 10, 2009 to May 1, 2009.

IT IS SO ORDERED.

Dated: _April 8, 2009_                    By_____/s/ Lawrence J. O'Neill_____
                                                              LAWRENCE J. O'NEILL
                                                      Judge of the United States District Court