JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, SAVATH PRAK



FILED
MAY 11 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F- CR-F-06-0313 LJO |
| Plaintiff, | **MOTION FOR EXONERATION OF CASH BOND; ORDER** |
| vs. | |
| SAVATH PRAK, | |
| Defendant. | |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, SAVATH PRAK, by and through his counsel of record, Joan Jacobs Levie, hereby moves this court for an order exonerating the $4,000.00 cash bond posted in the above-captioned case.

On September 13, 2006, defendant, SAVATH PRAK, initially appeared in this matter before this court. On September 20, 2006, this court ordered Mr. Prak released from custody under conditions of pretrial services supervision, upon procurement of a cash bond of $4,000.00 payable to the court on the same day by his common-law wife, Aun Chheang. He has now reported to custody of the BOP and requests the court to exonerate the cash bond in favor of Ms. Chheang.

He requests the check be made payable to and sent to Aun Chheang, at 418 S. Backer Ave. Apt 102, Fresno, CA 93702 for appropriate handling.

DATED:     May 6, 2009         Respectfully submitted,

/Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
SAVATH PRAK

-1-

## **ORDER**

IT IS HEREBY ORDERED that the $4000.00 cash bond in the above-captioned case be exonerated and reconveyed to Aun Chheang, 418 S. Backer Ave. Apt 102, Fresno, California 93721.

Dated: May 11, 2009         By _____
                            LAWRENCE J. O'NEILL
                            Judge of the United States District Court